**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.**  II        **Investigating Agency**  FBI

**City**   Boston (and elsewhere)          **Related Case Information:**

**County**   Suffolk (and elsewhere)        Superseding Ind./ Inf. _____ Case No. _____
                                            Same Defendant _____ New Defendant _____
                                            Magistrate Judge Case Number   21-MJ-1209-DLC
                                            Search Warrant Case Number   21-1162, 21-1163, 21-1164
                                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Steve Waithe            Juvenile:        ☐ Yes  ☑ No

            Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) Chicago, IL

Birth date (Yr only): 1993   SSN (last4#): 1108   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Adam W. Deitch        Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

        ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   2 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   04/06/2021        Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Steve Waithe _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire fraud | 1 |
| Set 2 | 18 U.S.C. § 2261A(2) | Cyberstalking | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____