UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO.: 21-MJ- 01209-DLC |
| ) | |
| STEVE WAITHE ) | |
| ) | |

### ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW REMOTE LEGAL MEETINGS VIA VIDEO CONFERENCING

The defendant files this assented to Motion to Modify to allow Mr. Waithe to communicate with his counsel via Zoom video conference while Mr. Waithe is residing in another district and while the COVID-19 pandemic persists. Mr. Waithe proposes a modification to allow him to use Zoom under closely monitored and limited circumstances.

Counsel proposes the following procedure to allow careful and limited access to the video application:

1. The Federal Defender Office will send the zoom video conferencing link to the court-appointed third-party custodian, Mr. Waithe's father;

2. The third party custodian will accept the link and engage the internet to connect with Zoom video conferencing;

3. The defendant will participate in attorney-client meeting with counsel, where he will be supervised by counsel;

4. The defendant will not engage or use the internet outside of the Zoom application; and

5. The third party custodian will return to disengage the connection at the conclusion of each legal meeting.

This carefully limited modification will allow attorney and client to have meaningful communication during a time when face-to-face meetings are not practical. Counsel discussed this request to modify with Assistant United States Adam Deitch and United States Probation

Officer Jessica Turkington and both assent to this request.

Respectfully submitted,

*/s/ Jane Peachy*
Jane Peachy, BBO #661394
Federal Public Defender Office
51 Sleeper St., 5th Floor
Boston, MA   02210
Tel: 617-223-8061

June 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 2021.

*/s/ Jane Peachy*
Jane Peachy
